**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Santiago**<br>First name<br><br>**D**<br>Middle name<br><br>**Figuereo**<br>Last name and Suffix (Sr., Jr., II, III) | **Rosanna**<br>First name<br><br>**E**<br>Middle name<br><br>**Figuereo**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  | **Rosanna E Cornelio**<br>**Rosanna Elizabeth** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0429 | xxx-xx-4339 |

Debtor 1    **Santiago D Figuereo**

Debtor 2    **Rosanna E Figuereo**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

**4800 Alton Rd**
**Miami Beach, FL 33140**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Santiago D Figuereo**

Debtor 2    **Rosanna E Figuereo**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see* Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy *(Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Miami Neurological Institue at Aventura, LLC** | | | Relationship to you | **Corporation** |
| District | **Southern District of Florida** | When | **2/02/17** | Case number, if known | **17-11365** |
| Debtor | **Miami Neurological Institue, LLC** | | | Relationship to you | **Corporation** |
| District | **Southern District of Florida** | When | **1/20/17** | Case number, if known | **17-10703** |

**11.** **Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Santiago D Figuereo**
Debtor 2    **Rosanna E Figuereo**                                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Santiago D Figuereo** |
|---|---|
| Debtor 2 | **Rosanna E Figuereo** |

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Santiago D Figuereo**
Debtor 2    **Rosanna E Figuereo**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☑ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Santiago D Figuereo** _____    **/s/ Rosanna E Figuereo** _____

**Santiago D Figuereo**                              **Rosanna E Figuereo**
Signature of Debtor 1                                Signature of Debtor 2

Executed on    **January 19, 2018**              Executed on    **January 19, 2018**
                    MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Santiago D Figuereo**
Debtor 2    **Rosanna E Figuereo**                                      Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Christian J. Olson** | Date    **January 19, 2018** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Christian J. Olson 121436**
Printed name

**Nowack & Olson, PLLC**
Firm name

**8551 Sunrise Blvd.**
**Suite 208**
**Plantation, FL 33322**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**121436**
Bar number & State

---

AANS
38780 Eagle Way
Chicago, IL 60678

AAPM&R
POB 95528
Chicago, IL 60694

ADP
1 ADP Blvd
Roseland, NJ 07068

ADT Security Services
POB 631877
Irving, TX 75063

Advanced Neuro Spine Institute, LLC
21097 NE 27 Court
Suite 540
Miami, FL 33180

AdvisorsMD
220 E Main Street
Suite 200
Mankato, MN 56001

Aetna
925 N Miami Avenue
Miami, FL 33136

ALC Home Health
477 E Butterfield Rd #400
Lombard, IL 60148

Alere Toxicology Services, Inc
POB 5365
Pittsburgh, PA 15253

All Medical Repairs, LLC
1791 Blount Rd
Pompano Beach, FL 33069

Altus Spine
1040 Enterprise Dr
West Chester, PA 19380

AMA Insurance
515 N State St
Chicago, IL 60654

Ambassador Health Services, Inc
POB 63454
Charlotte, NC 28263

Ambient Healthcare of South Florida
15951 SW 41 St
Davie, FL 33331

Amblitel, LLC
901 Front St
Suite 280
Louisville, CO 80027

AMBU
6230 Old Dobbin Lane
Suite 250
Columbia, MD 21045

American Academy of Neurology
201 Chicago Avenue
Minneapolis, MN 55415

American Academy of Surgeons
6300 North River Road
Des Plaines, IL 60018

American College of Surgeons
633 N Saint Clair St
Chicago, IL 60611

American Medical Association
POB 930884
Atlanta, GA 31193

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306

Amex
P.o. Box 981537
El Paso, TX 79998

AMS RRG
23 Route 31 North
Suite A-2
Pennington, NJ 08534


Anika Jordan Arevalo
1605 Ginger Dr.
Carrollton, TX 75007


Arteriocyte Medical Systems, Inc
POB 145
Hopkinton, MA 01748


ATI Advanced Technologies, Inc
7891 W Flagler St #276
Miami, FL 33144


Avaya Financial Services
4655 Great America Pkwy
Santa Clara, CA 95054


Aventura Hospital & Medical Center
20900 Biscayne Blvd
Miami, FL 33180


Aventura Institute for Cardiovascular We
21097 NE 27 CT
Suite 580
Miami, FL 33180


Avia Medical Technologies
20801 Biscayne Blvd #403
Miami, FL 33180


AW Hialeah, LLC
c/o Kelley Kronenberg, P.A.
1475 Centrepark Blvd., #275
West Palm Beach, FL 33401


AW Hialeah, LLC
11780 US Highway One
Suite 305
North Palm Beach, FL 33408

AW Hialeah, LLC
2801 PGA Blvd
Suite 220
Palm Beach Gardens, FL 33410


Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899


Becker & Poliakoff
1 East Broward Blvd. #1800
Fort Lauderdale, FL 33301


Berman & Berman, P.A.
c/o Newman & Marquez, P.A.
1533 Sunset Dr #225
Miami, FL 33143


Berman & Berman, P.A.
9560 SW 107 Ave #208
Miami, FL 33176


Best Practices
75 Piedmont Ave
6th Floor
Atlanta, GA 30303


Bk Of Amer
4909 Savarese Cir
Tampa, FL 33634


Bk Of Amer
Po Box 982238
El Paso, TX 79998


Blue Cross Blue Shield of Florida Inc
4800 Deerwood Campus Pkwy
100-7
Jacksonville, FL 32246


Boston Scientific
10115 Kincey Avenue #120
Huntersville, NC 28078

Bradley M Saxton
POB 880
Winter Park, FL 32790

Brett A Elam
105 S Narcissus Ave #802
West Palm Beach, FL 33401

Broad and Cassel LLP
Attn: Michael D Lessne
100 SE 3 Ave
Suite 2700
Fort Lauderdale, FL 33394

Broad and Cassel LLP
Attn: Frank Terzo, Esq.
100 SE 3 Ave
Suite 2700
Fort Lauderdale, FL 33394

Broward County Medical Association
5101 NW 21 Ave #450
Fort Lauderdale, FL 33309

Broward Medical Center
1600 S Andrews Avenue
Fort Lauderdale, FL 33316

Capital One
15000 Capital One Dr
Richmond, VA 23238

Caribbean Parking
7401 Wiles Rd #2016
Pompano Beach, FL 33067

Central Clinical Labs
1395 Shotgun Rd
Fort Lauderdale, FL 33326

Central Florida Expressway Authority
POB 585070
Orlando, FL 32858

Chase Card
Po Box 15298
Wilmington, DE 19850


CIT Finance, LLC
POB 593007
San Antonio, TX 78259


CIT Finance, LLC
c/o Weltman, Weinberg & Reis Co.
3705 Marlane Dr
Grove City, OH 43123


Citi
Po Box 6241
Sioux Falls, SD 57117


Citibank NA
POB 6077
Sioux Falls, SD 57117


CitiBusiness Card
PO BOX 9001037
Louisville, KY 40290


City National Bank of Florida
25 W Flagler St
Miami, FL 33130


City National Bank of Florida
c/o Berger Singerman, LLP
1450 Brickell Ave #1900
Miami, FL 33131


City of Fort Lauderdale
100 N Andrews Ave
Fort Lauderdale, FL 33301


City of Hialeah
601 Palm Avenue
Hialeah, FL 33010


Clear Choice
800 W Cypress Creek Rd #580
Fort Lauderdale, FL 33309

Clear Choice Management Services, LLC
c/o Phillip M Hudson III
200 S Biscayne Blvd #3600
Miami, FL 33131


CLIA Laboratory Program
POB 530882
Atlanta, GA 30353


COFE CIX North Miami LLC
4000 Hollywood Blvd
Suite 265
Hollywood, FL 33021


Comcast
POB 530098
Atlanta, GA 30353


Comenity Bank/rh
Po Box 182789
Columbus, OH 43218


Comenity Capital/amlsr
Po Box 182120
Columbus, OH 43218


Comenitybank/wayfair
Po Box 182789
Columbus, OH 43218


Comenitybk/victoriasec
Po Box 182789
Columbus, OH 43218


Congress of Neurological Surgeons
36742 Eagle Way
Chicago, IL 60678


Coram Specialty Infusion Services
11948-50 Miramar Pkwy
Hollywood, FL 33025

Corporate Creations International
11380 Prosperity Farms Rd
Suite 221E
Palm Beach Gardens, FL 33410


Cosman Medical
22 Terry Ave
Burlington, MA 01803


Coverall North America, Inc
2955 Momentum Place
Chicago, IL 60689


Cozen O'Connor
1 N Clematis Street #510
West Palm Beach, FL 33401


CPT of South Florida
2699 Stirling Rd #A101
Fort Lauderdale, FL 33312


Daniel Rivera-Buscaglia
501 12 Street
Apartment 2
Miami Beach, FL 33139


David Krieger
9601 Collins Ave
Apt 1707
Bal Harbour, FL 33154


David Stern, Esq.
1875 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431


Delaware Secretary of State
401 Federal Street
Suite 4
Dover, DE 19901


Dell Financial Services LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Road
Suite 811
Austin, TX 78704

Dell Small Business
One Dell Way
Round Rock, TX 78682


Denisse D Arteaga
19204 NE 25 Ave
Apt 314
Miami, FL 33180


Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508


Dfs/webbank
Po Box 81607
Austin, TX 78708


Diagnostic Equipment Services Corp.
124 Main Street
Norfolk, MA 02056


Digital River, Inc
88278 Expedite Way
Lockbox 8827
Chicago, IL 60695


DLL Financial Solutions Partner
POB 40602
Philadelphia, PA 19101


DOH X-Ray Registration
4052 Bald Cypress Way
Bin C21
Tallahassee, FL 32399


Dominican Healthcare Association of FL
POB 145255
Miami, FL 33114


Dr. Melvin Whitfield
1301 E Broward Blvd #300
Fort Lauderdale, FL 33301

Dsnb Bloom
9111 Duke Blvd
Mason, OH 45040


Dsnb Macys
Po Box 8218
Mason, OH 45040


EA Medical LLC
10541 State Hwy 81
Canton, MO 63435


Earthlink
Business Department #1798
POB 11407
Birmingham, AL 35246


Elio Rivas
10011 SW 25 Street
Miami, FL 33165


Employers Preferred Ins. Co.
10375 Professional Cir.
Reno, NV 89521


Epic Transportation
2790 South Park Road
Hallandale, FL 33009


Epimed
141 Sal Ladrino Way
Johnstown, NY 12095


Fibernet Direct
200 Corporate Drive
Canonsburg, PA 15317


First Data
265 Broad Hollow R
Melville, NY 11747

FL Birth-Related Neuro. Injury Comp Asso
2360 Christopher Place
Suite 1
POB 1456
Tallahassee, FL 32317


Florida Blue
770 Northpoint Pkwy
West Palm Beach, FL 33407


Florida Department of Health
Dade County
1725 NW 167 St
Opa Locka, FL 33056


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Florida Department of State
POB 6327
Tallahassee, FL 32314


Florida Health
705 Wells Road
Suite 300
Orange Park, FL 32073


Florida Medical Association
Department 0098
POB 85000
Orlando, FL 32885


Florida Power & Light
P.O. Box 025576
Miami, FL 33102


Fort Pierce Utilities Authority
206 S 6th Street
Fort Pierce, FL 34950


FPL Fibernet
9250 W Flagler Street
Miami, FL 33174

Frank Terzo
100 SE 3 Ave #2700
Fort Lauderdale, FL 33394


Gabriel Widi
6423 Collins Ave
Unit 1510
Miami Beach, FL 33141


Gateway TriZetto
Dept. CH16897
Palatine, IL 60055


GC Services Limited Partnership
POB 3855
Houston, TX 77253


Greencloud Technologies
411 University Ridge
Suite 201
Greenville, SC 29601


Guillermo Hernandez
18201 SW 12 Street
Miami, FL 33194


Henry Schein
135 Duryea Road
Melville, NY 11747


Hialeah Hospital, Inc
2801 PGA Boulevard
Ste. 220
Palm Beach Gardens, FL 33410


High Standards Health Services, Inc.
10689 N Kendall Dr #310
Miami, FL 33176


Holland & Knight
POB 864084
Orlando, FL 32886

Holland & Knight
222 Lakeview Avenue #1000
West Palm Beach, FL 33401


Home Health Services of Broward
3075 NW 35 Avenue
Fort Lauderdale, FL 33311


HS Parking Corp.
POB 941388
Miami, FL 33194


Hybrent, Inc
626C Admiral Dr #231
Annapolis, MD 21401


Image360
7362 West Commercial Boulevard
Fort Lauderdale, FL 33319


ImageNet Consulting, LLC
14080 NW 82 Avenue
Hialeah, FL 33016


In Motion Mobility, LLC
2201 NW 102 Place #1
Miami, FL 33172


Intacct
125 S Market St
Suite 600
San Jose, CA 95113


Integrity Medical Systems, Inc
13831 Jetport Commerce Parkway
Fort Myers, FL 33913


Inter. Parkinson & Movmt. Dis. Soc.
555 East Wells
Suite 1100
Milwaukee, WI 53202


Internal Revenue Service*
POB 7346
Philadelphia, PA 19101-7346

iPhone Intelligent Voice
1035 NE 125 Street
Suite 300
Miami, FL 33161


Jack Marek Klem
8860 SW 96 Street
Miami, FL 33176


James W Brewer
221 N Kansas
Suite 1700
El Paso, TX 79901


James W Smith LLP
PO Drawer 2800
El Paso, TX 79990


JAMS, Inc.
POB 512850
Los Angeles, CA 90051


John Marshall
c/o JM Partners LLC
6800 Paragon Pl #202
Richmond, VA 23230


Juan Ramirez
18495 S Dixie Hwy
Miami, FL 33157


Juicera
1450 Shoreline Way
Hollywood, FL 33019


Kassandra Alvarado & Joanny Torres
c/o Shaked Law Firm
2875 NE 191 St
Suite 905
Miami, FL 33180


Kaufman & Rossins CPA
3801 PGA Blvd #600
Palm Beach Gardens, FL 33410

Kemp Smith LLP
221 N Kansas
Suite 1700
El Paso, TX 79901


Kendall Regional Medical Center
11750 SW 40 Street
Miami, FL 33175


King's Cup, Inc.
2805 East Oakland Park
PMB 345
Fort Lauderdale, FL 33306


Landauer
2 Science Road
Glenwood, IL 60425


Lauren Schwartz, MD
c/o Ken M Frankel, Esq.
71 NE 27 Avenue
Pompano Beach, FL 33062


Law Offices of Robert P Frankel, P.A.
Royal Palm Office Park
1000 South Pine Island Rd, Suite 410
Plantation, FL 33324


Lawnwood Medical Center, Inc.
1700 South 23 Street
Fort Pierce, FL 34950


Legal Mobility, Inc
1250 Winding Rose Way
West Palm Beach, FL 33415


Lincoln National Life Insurance Co.
POB 0821
Carol Stream, IL 60132


Mangrove Payroll Services, Inc
1501 S Church Ave
Tampa, FL 33629

Marlin Business Services Corp.
300 Fellowship Rd
Mount Laurel, NJ 08054

Marlins Stadium Operator, LLC
c/o Ashwin Krishnan, Esq.
501 Marlins Way
Miami, FL 33125

Maryland Transportation Authority
POB 17600
Baltimore, MD 21297

Matheson Tri-Gas, Inc.
Dept. 3028
POB 123028
Dallas, TX 75312

McKesson Medical Surgical
POB 740215
Cincinnati, OH 45274

Medical Protective
5814 Reed Road
Fort Wayne, IN 46835

Medical Staff of Aventura Hospital and
Medical Center, Inc.
6400 Congress Ave #1650
Boca Raton, FL 33487

Medline Industries, Inc.
9670 NW 112 Ave
Miami, FL 33178

Medtronic USA
710 Medtronic Parkway
Minneapolis, MN 55432

Meland Russin & Budwick
200 S Biscayne Blvd #3200
Miami, FL 33131

Melvin Whitfield, M.D.
c/o Steven M Berman, Esq.
Shumaker, Loop & Kendrick, LLP
101 E Kennedy Blvd, Suite 2800
Tampa, FL 33602


Mercedes Benz Financia
P.o. Box 961
Roanoke, TX 76262


Mercedes Benz Financia
36455 Corporate Dr
Farmington Hills, MI 48331


Mercy Hospital Medical Staff
3663 South Miami Ave
Miami, FL 33133


Merry X-Ray Corporation
4444 Viewbridge Avenue
Suite A
San Diego, CA 92123


Miami Beach Healthcare Group, Ltd.
c/o Bradley M Saxton
POB 880
Winter Park, FL 32790


Miami Dade Fire Rescue Department
9300 NW 41 Street
Miami, FL 33178


Miami Dade Tax Collector
200 NW 2 Ave
Miami, FL 33128


Miami Marlins
501 Marlins Way
Miami, FL 33125


Microsoft Office 365
6750 North Andrews Avenue
Suite 400
Fort Lauderdale, FL 33309

Momentum Telecom Enterprise
880 Montclair Rd
Suite 400
Birmingham, AL 35213


Mount Sinai Medical Center Foundation
4300 Alton Road
Miami Beach, FL 33140


Nancy J Chamides, Esq.
c/o JR Mazor & Associates, PA
4000 Hollywood Blvd
Suite 265 South
Hollywood, FL 33021


Natalee Gilmore Ferreri
101 South Fifth Street
27th Floor
Louisville, KY 40202


Natus Neurology, Inc.
6701 Koll Center Parkway #120
Pleasanton, CA 94566


Nexgen Healthcare
18111 Von Karman Avenue #700
Irvine, CA 92612


Nordstrom/td Bank Usa
13531 E Caley Ave
Englewood, CO 80111


North American Spine Society
7075 Veterans Boulevard
Willowbrook, IL 60527


North Broward Hospital District
1608 SE 3 Avenue
Suite 500B
Fort Lauderdale, FL 33316


North Shore Medical Center
1100 NW 95 Street
Miami, FL 33150

Northwestern Mutual
100 SE 2 Street #2610
Miami, FL 33131


Nosich & Ganz, P.A.
75 Valencia Avenue #1100
Miami, FL 33134


Nutruvia Holdings LLC
200 S Andrews Avenue #501
Fort Lauderdale, FL 33301


On Deck Capital, Inc.
c/o Aubrey Law Firm PC
12 Powder Springs Street, Suite 240
Marietta, GA 30064


Patrick S Scott, Esq.
401 E Las Olas Blvd #1000
Fort Lauderdale, FL 33301


Patterson Medical
28100 Torch Parkway #700
Warrenville, IL 60555


Pennsylvania Department of State
302 N Office Building
Harrisburg, PA 17120


Phreesia
432 Park Avenue South
12 Floor
New York, NY 10016


Pitney Bowes
Attn: Purchase Power
POB 371874
Pittsburgh, PA 15250


Resurgent Capital Services
POB 2568
Greenville, SC 29602

Ricardo J Vasquez-Duarte
1755 SW 12 St
Miami, FL 33135


Robert C Furr, Esq
2255 Glades Rd #337W
Boca Raton, FL 33431


Roto-Rooter
605 Belvedere Rd
West Palm Beach, FL 33405


S. Fla. Chp. of American Coll. Surgeons
POB 540363
Opa Locka, FL 33054


Saint Lucie County Fire Department
5160 NW Milner Dr
Port Saint Lucie, FL 34983


Samuel Popinchalk, MD
6365 Collins Ave
APT 2809
Miami Beach, FL 33141


Security Premium Finance
5959 Blue Lagoon Dr
Suite 302
Miami, FL 33126


Shred-It
1300 22 Street NW
Pompano Beach, FL 33069


Singh, Singh & Trauben, LLP
400 South Beverly Drive
Suite 240
Beverly Hills, CA 90212


SMA Medical Laboratories, Inc.
2944 SW 26 Terrace #502
Dania Beach, FL 33312

Smith Brothers, Millbank & Co.
2131 NW 30 Road
Boca Raton, FL 33431


Soneet Kapila
POB 14213
Fort Lauderdale, FL 33302


Sonya Lambert
2141 NE 61 Court
Fort Lauderdale, FL 33308


Staples
13640 N Kendall Drive
Miami, FL 33186


State of Florida Department of Revenue
POB 6668
Tallahassee, FL 32314


Sterling Emer Svcs Miami Beach PA
POB 731584
Dallas, TX 75373


Studio 5 Design & Architecture
116 Madeira Ave
Miami, FL 33134


Sudsies Inc.
Sudsies Dry Cleaner
c/o Jason Loeb, CEO
12711 Biscayne Blvd
Miami, FL 33181


Sunpass
7941 Glades Road
Boca Raton, FL 33434


Syncb/tjx Cos Dc
Po Box 965005
Orlando, FL 32896


T-Mobile
POB 742596
Cincinnati, OH 45274

Telephonetics
POB 116766
Atlanta, GA 30368


The Coding Network, LLC
POB 848273
Los Angeles, CA 90084


Tian Medical
888 E Belvidere Road #212
Grayslake, IL 60030


Todd Landau
Landau Associates PA
1250 East Hallandale Beach Blvd. #3
Hallandale, FL 33009


Town of Miami Lakes
15150 NW 79 CT
Hialeah, FL 33014


Town of Pembroke Park
3150 SW 52 Ave
Hollywood, FL 33023


U-Haul
2269 NE 163 Street
Miami, FL 33162


United Medical Industries
8603 NW 66 Street
Miami, FL 33166


United Medical Industries Corp.
c/o Ross M Johnston, Esq.
Johnston & Johnston Law Office PA
12700 Biscayne Blvd, Suite 402
Miami, FL 33181


UnitedHealthcare Insurance Company
185 Asylum Street
03B
Hartford, CT 06103

University of Miami
1252 Memorial Drive
158 Ash Building
Attn: Student Accounts
Miami, FL 33146


US Premium Finance
POB 630035
Cincinnati, OH 45263


UseTallie.com
525 Second Street
San Francisco, CA 94107


Vasomedical, Inc
137 Commercial Street
Suite 200
Plainview, NY 11803


Vechi Corp.
8481 NW 27 Place
Fort Lauderdale, FL 33322


Verizon Wireless
Po Box 650051
Dallas, TX 75265


VG AVENTURA MOB LLC
c/o BANKER, LOPEZ, GASSLER, PA
Attn: Keith T Appleby, Esq.
501 East Kennedy Blvd, Suite 1700
Tampa, FL 33602


Vow Cleaning Services, Inc
11892 SW 25 Court
Hollywood, FL 33025


Voya Financial
230 Park Avenue
New York, NY 10169


Westchester General Hospital
2500 SW 75th Avenue
Miami, FL 33155

Winderweedle, Haines, Ward & Woodman PA
329 Park Ave, North
Second Floor
Winter Park, FL 32789


Yelena Vidgop
1260 Laurel Court
Weston, FL 33326